THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Oliver Todd Middleton, Appellant.
 
 
 

Appeal From Dorchester County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2006-UP-141
Submitted March 1, 2006  File March 13, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor David M. Pascoe, Jr., of St. Matthews, for Respondent.
 
 
 

PER CURIAM:  Oliver Todd Middleton appeals his guilty plea to one count of assault and battery with intent to kill.  Counsel for Middleton attached to the final brief a petition to be relieved as counsel.  Middleton did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Middletons appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1]        We decide this case without oral argument pursuant to Rule 215, SCACR.